

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

―――――――――――――

## No. 08-26-00228-CR

―――――――――――――

### In re Carlos Lopez Guzman, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Carlos Lopez Guzman, has filed a petition for writ of mandamus, requesting that we direct the trial court to (1) disqualify the prosecutor in Guzman's criminal case and (2) appoint another attorney to continue the prosecution. Guzman has also filed an emergency motion requesting that we stay all proceedings in the trial court.

After consideration, the Court has determined that Guzman has not established that he is entitled to the relief sought. We deny the petition. We dismiss any pending motions as moot.

MARIA SALAS MENDOZA, Chief Justice

May 27, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)